UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ-CARDONA,<br><br>Petitioner,<br><br>v.<br><br>FCI MENDOTA WARDEN,<br><br>Respondent. | No. 1:23-cv-00953-TLN-EPG<br><br><br><br>**ORDER** |

Petitioner Francisco Rodriguez-Cardona ("Petitioner") is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2024,[1] the magistrate judge issued findings and recommendations that recommended dismissing the petition for writ of habeas corpus as moot and denying Respondent FCI Mendota Warden's ("Respondent") motion to dismiss as moot. (ECF No. 14.) The findings and recommendations were served on the parties[2] and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the findings and recommendations. (*Id.*) To date, no objections have been filed and the time for doing so has passed.

///

---

[1] The findings and recommendations were signed on February 6, 2024, but not docketed until February 7, 2024.
[2] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f).

1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on February 7, 2024 (ECF No. 14) are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED as moot;
3. Respondent's Motion to Dismiss (ECF No. 10) is DENIED as moot; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: September 24, 2024

Troy L. Nunley
United States District Judge